

# Fourth Court of Appeals
## San Antonio, Texas

October 15, 2018

No. 04-18-00596-CV

**BROWN SIMS, P.C**. and Nelson D. Skyler,
Appellants

v.

**L.W. MATTESON, INC**., AGCS Marine Insurance Company, and New York Marine and
General Insurance Company,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-18-55
Honorable Jose Luis Garza, Judge Presiding

## O R D E R

On September 28, 2018, appellants filed a letter informing this court that the reporter's record was incomplete. The same day, the court reporter filed an additional record, completing the reporter's record. Thus, appellants' brief became due on October 12, 2018.

On October 2, 2018, appellants filed a motion for extension of time, requesting a forty (40) day extension from October 3, 2018. Appellants' motion is GRANTED IN PART. We extend appellants' briefing deadline by twenty (20) days from the current deadline. Accordingly, appellants' brief is due on or before November 1, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court